UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-12-1D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| OLA MUAYAD SARHAN | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the above-referenced matter be unsealed.

This the **17** day of March 2021.

JAMES C. DEVER III
United States District Judge